1  Lawrence Harry Pamer
   #K-06327
2  C/o H.D.SP. P.O.Box 3030
3  Susanville, CA 96127

4

5

6

7

8            UNITED  STATES  DISTRICT  COURT

9        NORTHERN  DISTRICT  OF  CALIFORNIA

10

11  LAWRENCE  HARRY  PAMER        CASE NO  C 07-2837 SI (pr)

12            Plaintiff,          MOTION  FOR  ENLARGEMENT

13      V.                        OF TIME  TO  PROCESS and

14  ARNOLD  SCHWARZENEGGER        FILE  IN FORMA  PAUPERIS

15  et. al.,                      APPLICATION  FOR  PRISONER

16  _____ Defendants /  OR  VOLUNTARY  DISMISSAL

17                                Fed. R. Civ. P,  RULE 6, (b)

18                                OR  RULE 41, (a)

19

20      Plaintiff moves in this court before the Honorable

21  District Court Judge Susan Illston  for  an

22  enlargement of time in order to process the

23  prisoner  informa pauperis application through

24  the mailroom and trust office.

25      Plaintiff was bogged down with deadline of

26  opposition to defendants motion for summary

27  Judgement on case No. C 04-3252 SI (pr) also in

28  this court.  On the other hand plaintiff would

                        1

1    request voluntary dismissal in accordance

2    with Fed. R. Civ. P. Rule 41 (a)

3

4        Pursuant to 28 U.S.C. 1746,

5        I, Lawrence Harry Pamer declare under the

6    penalty of perjury that the foregoing is

7    true and correct

8    DATE: June 28, 2007        Lawrence Harry Pamer

9    //

10    //

11    //

12    //

13    //

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

2

## VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, _Lawrence Harry Pamer_ declare under the penalty of perjury that:

I am the PLAINTIFF/PETITIONER in the attached; I have read the foregoing

document(s) and know the content(s) thereof; that the same is true of my own

personal knowledge, or upon information and belief which I believe to be true;

that if called to testify as to the contents thereof, I could do so competently

as a sworn witness. Executed on this __28__ day of __June__ , 200_7_ at

_High Desert State Prison, Susanville_ ————————— , California.

_Lawrence Harry Pamer_
DECLARANT / IN PRO SE

### PROOF OF SERVICE BY MAIL

(C.C.P. §§ 1013(a), 2015.5; 28 U.S.C. § 1746)

I, _Lawrence Harry Pamer_ hereby declare: That I am a resident of

_Susanville_ , California; am over the age of eighteen (18)

years; I __am__ a party to the above entitled action; My Mailing address is

_H.D.S.P. P.O.Box 3030 Susanville_ ——————— , California.

I served the attached document(s) entitled: _Enlargement For_

_Time or, Voluntary Dismissal_

on the persons/parties specified below by placing a true and correct copy of said

documents into a sealed envelope(s) with the appropriate postage affixed thereto

and placing said envelopes into the United States Mail at: _High Desert State_

_Prison, Susanville_ California addressed as follows:

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
SanFrancisco, CA 94102

I declare under the penalty of perjury under the laws of the State of

California the foregoing is true & correct and that this declaration was executed

on _28_ day of __June__ , 200_7_ at _Susanville_ , California.

Declarant/Pro/Se _Lawrence Harry Pamer_ Signature _Lawrence Harry Pamer_