FILED

JUL 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE HARRY PALMER

    Plaintiff,

    V.

CALIFORNIA DEPT. OF
CORRECTIONS; et. al.,

    Defendant /

CASE NO C 07-2837 SI (pr)

MOTION FOR ENLARGEMENT
OF TIME

Fed. R. Civ. P. Rule 6 (b)

Plaintiff moves in this court before the
Honorable District court Judge Susan Illston
for a second enlargement of time in accord
with Fed. R. civ. P. Rule 6 (b) or for the
court to make other provisions or orders
necessary in order to allow plaintiff to
proceed In Forma Pauperis.

Plaintiff has submitted In Forma Pauperis
application appropriately as required following
instutional procedures, but, was rejected by
High Desert State Prison. (see Exhibit).

//

Plaintiff has submitted the application a
second time same as first in accordance
with institional procedures with this courts
self addressed stamped envelope.

I declare under the penalty of perjury
the foregoing is true & correct

July 23, 2007                    Lawrence Harry Pamer

1
2
3
4
5
6
7
8
9
10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

2

## VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

1  I, _Laurence Harry Pamer_ declare under the penalty of perjury that:

2  I am the PLAINTIFF/PETITIONER in the attached; I have read the foregoing

3  document(s) and know the content(s) thereof; that the same is true of my own

4  personal knowledge, or upon information and belief which I believe to be true;

5  that if called to testify as to the contents thereof, I could do so competently

6  as a sworn witness. Executed on this _15_ day of _June_, 200_7_ at

7  _High Desert State Prison, Susanville_, California.

8  _Laurence Harry Pamer_
DECLARANT / IN PRO SE

9  ## PROOF OF SERVICE BY MAIL

10  (C.C.P. §§ 1013(a), 2015.5; 28 U.S.C. § 1746)

11

12  I, _Laurence Harry Pamer_ hereby declare: That I am a resident of

13  _H.D.S.P Susanville_, California; am over the age of eighteen (18)

14  years; I _AM_ a party to the above entitled action; My Mailing address is

15  _H.D.S.P. P.O. Box 3030, Facility 'A' Building 2, Susanville_, California.

16  I served the attached document(s) entitled: _Application to Proceed IN_

17  _Forma Pauperis Inmate Request Form & Trust account Form_

18  on the persons/parties specified below by placing a true and correct copy of said

19  documents into a sealed envelope(s) with the appropriate postage affixed thereto

20  and placing said envelopes into the United States Mail at: _H.D.S.P. Facility 'A'_

21  _Building 2, Susanville_ California addressed as follows:
_To: Mail Room & Trust Office C/O (Self addressed Envelope)_

22  _U.S. District Court,_

23  _450 Golden Gate Ave, P.O. Box 36060_

24  _San Francisco, CA 94102-9680_
I declare under the penalty of perjury under the laws of the State of

25  California the foregoing is true & correct and that this declaration was executed

26  on _19_ day of _June_, 200_7_ at _Susanville_, California.

27  Declarant/Pro/Se _Lawrence Harry Pamer_ Signature _Laurence Harry Pamer_

28

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| June 19, 07 | Trust Office | Pamer | K-06327 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| A - 2 | 111 Low | N A | FROM | TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM          TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Please attach a certified Trust account statement
with In Forma Pauperis Application and forward
to District Court

Thank You

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DISPOSITION

PROCESSED

JUL 1 8 2007

**SEE ATTACHED STATEMENT**

HDSP

**PROCESSED**

**RETURN TO INMATE**

JUL 18 2007

Date Returned: _____ **HDSP**

INMATE: Tamer _____ CDC# KO6327 HOUSED: A2-111

Your paperwork for a Certified Statement is being returned. Please follow the institutional procedures listed below for the proper processing of your certification:

1. Submit your Certification Form and any other attachments to the **Mail Room** with a self-addressed stamped envelope to the proper court for processing/mailing.

2. The Mail Room will forward the Certification Form to the Trust Office for completion.

3. The Trust Office will return the completed Certification Form to the Mail Room.

4. The Mail Room will then log your legal mail on your Legal Card and mail out.

This ensures proper processing and mailing of your legal material.

Thank you.

INMATE TRUST OFFICE

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _June 15_ 20 _07_

To: Warden                          Approved _____

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize
the withdrawal of that sum from my account:

_K. 06357_
NUMBER

_Lawrence Harry Pamer_
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

PURPOSE _Copies / & Postage_
_if necessary for In Forma_
_Pauperis Application and_
_mailing to District court_

NAME _____

ADDRESS _____

_____

_____

_Lawrence Harry Pamer_
PRINT YOUR FULL NAME HERE

VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

1   I, _Laurence Harry Pamer_ declare under the penalty of perjury that:

2   I am the PLAINTIFF/PETITIONER in the attached; I have read the foregoing

3   document(s) and know the content(s) thereof; that the same is true of my own

4   personal knowledge, or upon information and belief which I believe to be true;

5   that if called to testify as to the contents thereof, I could do so competently

6   as a sworn witness. Executed on this _23_ day of _July_, 200_7_ at

7   _High Desert State Prison, Susanville_, California.

8   _Laurence Harry Pamer_
          DECLARANT / IN PRO SE

9                    **PROOF OF SERVICE BY MAIL**

10          (C.C.P. §§ 1013(a), 2015.5; 28 U.S.C. § 1746)

11

12   I, _Laurence Harry Pamer_ hereby declare: That I am a resident of

13   _H.D.S.P. Susanville_, California; am over the age of eighteen (18)

14   years; I _a in_ a party to the above entitled action; My Mailing address is

15   _H.D.SP. P.C. Box 3030 Susanville_, California.

16   I served the attached document(s) entitled: _Motion For Enlarge-_

17   _ment of Time_

18   on the persons/parties specified below by placing a true and correct copy of said

19   documents into a sealed envelope(s) with the appropriate postage affixed thereto

20   and placing said envelopes into the United States Mail at: _High Desert State_

21   _Prison, Susanville_ California addressed as follows:
     _Office of the Clerk, U.S. District Court_
22   _Northern District of California_
23   _450 Golden Gate Avenue_
24   _San Francisco, California 94102_
     I declare under the penalty of perjury under the laws of the State of

25   California the foregoing is true & correct and that this declaration was executed

26   on _23_ day of _July_, 200_7_ at _Susanville_, California.

27   Declarant/Pro/Se _Laurence Harry Pamer_ Signature _Laurence Harry Pamer_

28