FILED

07 JUL 30 PM 12: 48

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10 | LAWRENCE HARRY PAMER

11 |             Plaintiff,

CASE NO. 07 2837

12 | vs.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

13 | ARNOLD SCHWARZENEGGER,

14 | et. al.,        Defendant.

SI
(PR)

15

16       I, Lawrence Pamer, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22       In support of this application, I provide the following information:

23 1.     Are you presently employed? Yes ___ No X

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: _____ Net: _____

27 Employer: _____

28 _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  *Hansens cold storage: construction*

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.    Business, Profession or            Yes ____ No  X

10            self employment

11      b.    Income from stocks, bonds,          Yes ____ No  X

12            or royalties?

13      c.    Rent payments?                      Yes ____ No  X

14      d.    Pensions, annuities, or             Yes ____ No  X

15            life insurance payments?

16      e.    Federal or State welfare payments,  Yes ____ No  X

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                        Yes ____ No  X

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support.  (NOTE:

3          For minor children, list only their initials and ages.  DO NOT INCLUDE

4          THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?          Yes ____  No ✕

8    Estimated Market Value: $_____  Amount of Mortgage: $_____

9    6.    Do you own an automobile?                      Yes ____  No ✕

10   Make _____  Year _____  Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes _____  No ✕ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____

17   Do you own any cash?  Yes ____  No ✕  Amount: $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____  No ✕

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _⃝_____  Utilities: _⃝_____

23   Food: $ _⃝_____  Clothing: _⃝_____

24   Charge Accounts: ⃝

25   **Name of Account**          **Monthly Payment**          **Total Owed on This Acct.**

26   _____  $ _____  $ _____

27   _____  $ _____  $ _____

28   _____  $ _____  $ _____9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do not include account numbers.)

3  $29.00 copies., $?.00 Postage, $33.00 Prescript. Glasses,

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ___  No X

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  Lawrence Harry Pamer V. California Dept. of

10  Corrections et al, Case No. C04-3252 SI (pr)
   Northern District.

11       I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  June 15, 2007                    Lawrence Harry Pamer

17       DATE                           SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: C 07-2837 SI (pr)

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Turner, Lawrence_ for the last six months at

[prisoner name]

_High Desert State Prison_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _66.67_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_108.14_.

Dated: _7-25-07_                        _[signature] Accountant Supervisor_

[Authorized officer of the institution]

-5-