UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HARRY PAMER,<br><br>    Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER; et al.,<br><br>    Defendants.<br>_____/ | No. C 07-2837 SI (pr)<br><br>**ORDER OF TRANSFER** |

    Lawrence Harry Pamer filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred when he was incarcerated at High Desert State Prison in Susanville and the California Medical Facility in Vacaville. Susanville is in Lassen County and Vacaville is in Solano County, and both those counties are within the venue of the Eastern District of California. The defendants also apparently reside within the venue of the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: September 10, 2007

                                                _____
                                                SUSAN ILLSTON
                                            United States District Judge