UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 11, 2007

Eastern District of California
4-200 Robert T. Matsui Courthouse
501 I Street
Sacramento, CA 95814-7300


RE: CV 07-02837 SI   LAWRENCE H PAMER-v-ARNOLD SCHWARZENEGGER

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.


    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*[signature: Simone Voltz]*

by: Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record